OPINION — AG — ADDITIONAL MONEY PAID TO COMPENSATE EMPLOYEES FOR DEPENDENCY HOSPITALIZATION INSURANCE COVERAGE DOES NOT CONSTITUTE AN INCREASE IN THE BASE SALARY OF CITY FIREMEN BY WHICH PERSONS RECEIVING PENSIONS UNDER THE FIREMEN'S RELIEF AND PENSION FUND SHOULD HAVE THEIR PENSIONS INCREASED UNDER THE PROVISIONS OF 11 O.S. 1965 Supp., 389 [11-389], AMENDED IN H.B. NO. 676, 1ST SESSION, 31ST LEGISLATURE. (PENN LERBLANCE)